No. 94–165. SRINIVASAN *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (RIO HONDO COMMUNITY COLLEGE DIS-

TRICT, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.